UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
:
:
             -v-                                                       :        23 Cr. 537 (JPC)
:
ZEN ALLREDGE,                                                          :        ORDER
:
                                   Defendant.                          :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  The conference scheduled for March 26, 2024, will proceed as scheduled on that day at 3:00 p.m., except that the conference will take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  In addition, the Government is directed to serve a copy of this order, via e-mail, on defense counsel Michael Tremonte, since he has not yet filed a notice of appearance in this matter.  Mr. Tremonte is also directed to promptly file a notice of appearance.

      SO ORDERED.

Dated: March 7, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                          United States District Judge