UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                :
UNITED STATES OF AMERICA,                        :

             -v-                         :          23 Cr. 537 (JPC)

ZEN ALLDREDGE,                         :          <u>ORDER</u>

                    Defendant.         :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Defendant Zen Alldredge's sentencing is scheduled for Tuesday, September 10, 2024, at 10:00 a.m. One of the sentencing letters filed by the defense, which appears to be from Defendant's son, Jett Alldredge, is one page in length and does not have a signature block. *See* Dkt. 29-1 at 10. If this letter should have any additional pages, Defendant should file the full letter by the close of business on September 9, 2024. Otherwise, the Court will assume that it has the entirety of Jett Alldredge's letter.

        SO ORDERED.

Dated: September 7, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                               United States District Judge