```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                                                    :
                                                    :
              -v-                                   :   23 Cr. 537 (JPC)
                                                    :
ZEN ALLDREDGE,                                      :   ORDER
                                                    :
              Defendant.                            :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 16, 2025, the Government filed a proposed Order of Restitution and a Schedule of Victims. Dkt. 38-1. On or before April 25, 2025, Defendant Zen Alldredge shall file a letter stating whether he consents to the entry of the proposed Order of Restitution.

SO ORDERED.

Dated: April 17, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge