

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

May 6, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Zen Alldredge*, 23 Cr. 537 (JPC)

Dear Judge Cronan:

      The Government has received the defendant's motion to vacate his conviction and sentence and is preparing its response. As an initial point, the motion appears barred by the defendant's plea agreement. However, due to the press of other matters, the Government has not yet completed its response and was unable to file its opposition to the motion yesterday. The Government apologizes for any inconvenience but requests that the Court extend the Government's filing deadline for its opposition brief by 30 days, to June 4, 2025.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York

By:  */s/ Andrew Jones*
      Benjamin Burkett / Andrew Jones
      Assistant United States Attorneys
      (212) 637-2467

cc: Zen Alldredge, BOP Reg. No. 84418-510 (by mail)

The instant request for an extension is granted. The Government's deadline to file an opposition is extended to June 4, 2025. The Clerk of Court is respectfully directed to close Docket Number 41.

SO ORDERED.
Date: May 7, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge