UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZEN ALLDREDGE<br><br>Defendant. | Case No. 23-CR-537-JPC<br><br>[~~PROPOSED~~] ORDER FOR WITHDRAWAL OF COUNSEL |

IT IS HEREBY ORDERED, pursuant to Local Rule 1.4, that Michael Tremonte, Anna Estevao, and Claire Blumenthal Buck of Sher Tremonte LLP are removed as counsel for Zen Alldredge in the above-captioned case.

A declaration in support of this Proposed Order for Withdrawal of Counsel is attached hereto pursuant to Local Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing and other filings in this matter should be served upon Mr. Alldredge.

SO ORDERED:

_[signature]_

Honorable John P. Cronan
United States District Judge

May  8 , 2025