UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ZEN ALLDREDGE,                                                         :
:
                     Movant,                              :
:       23 Cr. 537 (JPC)
      -v-                                                              :
:
UNITED STATES OF AMERICA,                                              :       <u>ORDER</u>
:
                     Respondent.                          :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On or before June 23, 2025, the Government shall file a letter stating whether its opposition, Dkt. 46, has been served on Mr. Alldredge and, if so, file proof of such service on the docket by that date. Otherwise, the Government shall serve its opposition on Mr. Alldredge by June 25, 2025, and file proof of such service on the docket by June 27, 2025.

      The Clerk of Court is respectfully directed to send a copy of this Order to Mr. Alldredge.

      SO ORDERED.

Dated: June 19, 2025
       New York, New York
                                                     JOHN P. CRONAN
                                                     United States District Judge