UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
:
:
        -v-                                          :        23 Cr. 537 (JPC)
:
ZEN ALLDREDGE,                                       :        ORDER
:
              Defendant.                             :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 25, 2025, Defendant Zen Alldredge received service of the Government's opposition.  Dkt. 50.  Under this Court's August 14, 2025, Order, *see* Dkt. 49, Defendant shall have until September 24, 2025, to file any response.  The Clerk of Court is respectfully directed to send a copy of this Order to Mr. Alldredge at FCI Lompoc II Satellite Camp, 3705 W. Farm Road, Lompoc, CA 93436.

        SO ORDERED.

Dated: August 27, 2025
       New York, New York                       _____
                                                       JOHN P. CRONAN
                                                  United States District Judge